ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| R² INVESTMENTS LDC, | § | |
| | § | |
| Plaintiff, | § | C.A. NO. 3-02-CV-0323-G |
| | § | |
| VS. | § | |
| | § | |
| JOHN D. PHILLIPS; BRYAN D. | § | |
| YOKLEY; MARTIN D. KIDDER; | § | |
| W. TODD CHMAR; WALTER J. | § | |
| BURMEISTER; KIRBY J. CAMPBELL; | § | |
| BRYAN CIPOLETTI; STEPHEN J. | § | |
| CLEARMAN; JOHN P. IMLAY, JR. | § | |
| MASSIMO PRELZ OLTRAMONTI; | § | |
| JOHN P. RIGAS; CARL E. SANDERS; | § | |
| DRU A. SEDWICK; LAWRENCE C. | § | |
| TUCKER; MICHAEL F. MIES; HENRY | § | |
| C. LYON; ERNST & YOUNG LLP; | § | |
| ERNST & YOUNG U.S. LLP. | § | |
| | § | |
| Defendants. | § | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 2 '3

CLERK, U.S. DISTRICT COURT
By
Deputy

## ORDER

The Court, having considered R²'s Unopposed Motion to Extend Time for Filing

Response to Ernst & Young LLP and Ernst & Young U.S. LLP's ("E&Y") Motion to

Dismiss R²'s Second Amended Complaint, the pleadings, the evidence, and all other

relevant matter, determines that the Motion should be GRANTED. It is therefore

ORDERED that:

Plaintiff's deadline to respond to Ernst & Young LLP and Ernst & Young U.S.

LLP's ("E&Y") Motion to Dismiss R²'s Second Amended Complaint is Friday,

December 20, 2002.

35¹

SIGNED this ___ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE